FILED
NOV 12 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. W19CR337 |
| Plaintiff | INDICTMENT |
| V. | |
| JAMES H. STEVENS | [VIO: 18 U.S.C. 2252A(a)(5)(B) – Possession of Visual Depictions of Sexual Activities by Minors] |
| Defendant | |

THE GRAND JURY CHARGES:

On or about June 27, 2019, in the Western District of Texas, Defendant,

**JAMES H. STEVENS,**

did knowingly possess and attempt to possess material which contained one or more images of child pornography, to-wit: images depicting minors, including prepubescent minors and minors who had not attained twelve (12) years of age, engaging in genital-genital, anal-genital, oral-genital sexual intercourse and lascivious exhibition of the genitals and pubic area, that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and that had been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2), and 2256(8)(A).

A TRUE BILL: SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

JOHN F. BASH
United States Attorney

By: GREGORY S. GLOFF
Assistant United States Attorney